## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS MILLER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:20-cv-690-BYP |
| v. | ) ) ) | |
| EGV COMPANIES, INC., d/b/a OMEGA AUTO CARE, a Delaware corporation, and JOHN DOE CORPORATION, | ) ) ) ) | |
| Defendants. | ) ) ) | |

### DEFENDANT EGV COMPANIES, INC.'S MOTION FOR ADMISSION OF WILLIAM L. TUCKER *PRO HAC VICE*

Pursuant to N.D. Ohio Local Rule 83.5(h), Ashley L. Oliker, attorney for Defendant EGV Companies, Inc. ("EGV"), in the above-referenced action, hereby moves the Court to admit William L. Tucker, *pro hac vice* to appear and participate as counsel or co-counsel in this case for EGV.

Movant represents that William L. Tucker is a member in good standing of the highest court of Florida (Bar Number 92580) as attested by the accompanying certificate, and that William L. Tucker is not eligible to become a member of the permanent bar of this Court. William L. Tucker was admitted to the Florida Bar on September 20, 2011, the United States District Court for the Southern District of Florida on February 3, 2012, and the United States District Court for the Middle District of Florida on January 24, 2018. This Motion is accompanied by the required $120.00 fee.

William L. Tucker understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion. William L. Tucker

44182945v1

1

has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor has he ever received any reprimand from any such court, department bureau or commission pertaining to conduct or fitness as a member of the bar.

William L. Tucker's relevant identifying information is as follows:

William L. Tucker, Esq.
William.Tucker@gmlaw.com
Greenspoon Marder, LLP
200 E. Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 527-6208
Facsimile: (954) 333-4208

Dated June 11, 2020                    Respectfully submitted,

                                       */s/ Ashley L. Oliker*
                                       Ashley L. Oliker, Esq. (#0085628)
                                       Frost Brown Todd LLC
                                       One Columbus, Suite 2300
                                       10 West Broad Street
                                       Columbus, OH 43215-3484
                                       Tel: (614) 559-7214
                                       aoliker@fbtlaw.com
                                       *Attorneys for Defendant EGV Companies, Inc.*

                                       **Greenspoon Marder LLP**
                                       Beth-Ann E. Krimsky
                                       Fla. Bar No. 968412
                                       beth-ann.krimsky@gmlaw.com
                                       *Pro Hac Vice Admission Anticipated*

                                       William L. Tucker
                                       Fla. Bar No. 92580
                                       william.tucker@gmlaw.com
                                       *Pro Hac Vice Admission Anticipated*

                                       200 East Broward Blvd, Suite 1800
                                       Fort Lauderdale, FL 33301
                                       Tel: (954) 527-6208
                                       Fax: (954) 333-4208
                                       *Attorneys for Defendant EGV Companies, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2020, I electronically filed the foregoing Motion for Admission of William L. Tucker *Pro Hac Vice* with the Clerk of the Court by using the CM/ECF system. Notice of this filing will be sent to the counsel of record by operation of the Court's Electronic Case Filing System. Parties and their counsel may access this filing through the Court's Electronic Filing System.

*/s/ Ashley L. Oliker*
Ashley L. Oliker (#0085628)

EN00726.Public-00726  4841-8677-7279v1

44182945v1