UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THOMAS MILLER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>EGV COMPANIES, INC., d/b/a OMEGA AUTO CARE, a Delaware corporation, and JOHN DOE CORPORATION,<br><br>        Defendants. | Case No. 5:20-cv-690-BYP |

## DEFENDANT EGV COMPANIES, INC.'S MOTION FOR ADMISSION OF BETH-ANN E. KRIMSKY *PRO HAC VICE*

Pursuant to N.D. Ohio Local Rule 83.5(h), Ashley L. Oliker, attorney for Defendant EGV Companies, Inc. ("EGV"), in the above-referenced action, hereby moves the Court to admit Beth-Ann E. Krimsky, *pro hac vice* to appear and participate as counsel or co-counsel in this case for EGV.

Movant represents that Beth-Ann E. Krimsky is a member in good standing of the highest court of Florida (Bar Number 968412) as attested by the accompanying certificate, and New York (Bar Number 2321115), and that Beth-Ann E. Krimsky is not eligible to become a member of the permanent bar of this Court. Beth-Ann E. Krimsky was admitted to the Florida Bar on December 24, 1992, the United States District Court for the Southern District of Florida on May 6, 1993, the United States District Court for the Middle District of Florida on April 10, 2003, the United States District Court for the Northern District of Florida on November 3, 2011, and the Appellate Division of the Supreme Court of New York on February 7, 1990. This Motion is accompanied by the required $120.00 fee.

Beth-Ann E. Krimsky understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon the granting of this Motion. Beth-Ann E. Krimsky has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor has she ever received any reprimand from any such court, department bureau or commission pertaining to conduct or fitness as a member of the bar.

Beth-Ann E. Krimsky's relevant identifying information is as follows:

Beth-Ann E. Krimsky, Esq.
Beth-ann.krimsky@gmlaw.com
Greenspoon Marder, LLP
200 E. Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 527-2427
Facsimile: (954) 333-4027

Dated June 11, 2020          Respectfully submitted,

*/s/ Ashley L. Oliker*
Ashley L. Oliker, Esq. (#0085628)
Frost Brown Todd LLC
One Columbus, Suite 2300
10 West Broad Street
Columbus, OH 43215-3484
Tel: (614) 559-7214
aoliker@fbtlaw.com
*Attorneys for Defendant EGV Companies, Inc.*

**Greenspoon Marder, LLP**
Beth-Ann E. Krimsky
Fla. Bar No. 968412
beth-ann.krimsky@gmlaw.com
*Pro Hac Vice Admission Anticipated*

William L. Tucker
Fla. Bar No. 92580
william.tucker@gmlaw.com
*Pro Hac Vice Admission Anticipated*

200 East Broward Blvd, Suite 1800

Fort Lauderdale, FL 33301
Telephone: (954) 527-2427
Facsimile: (954) 333-4027
*Attorneys for Defendant EGV Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2020, I electronically filed the foregoing Motion for Admission of Beth-Ann E. Krimsky *Pro Hac Vice* with the Clerk of the Court by using the CM/ECF system. Notice of this filing will be sent to the counsel of record by operation of the Court's Electronic Case Filing System. Parties and their counsel may access this filing through the Court's Electronic Filing System.

*/s/ Ashley L. Oliker*
Ashley L. Oliker (#0085628)

EN00726.Public-00726   4813-5123-1167v1