PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS MILLER, *et al.*, | ) | CASE NO.  5:20-CV-690 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| EGV COMPANIES, INC., *et al.*, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Defendant. | ) | |

    The Court has been informed by counsel that the parties have reached a settlement in this case.  Therefore, the docket shall be marked "settled and dismissed without prejudice."

    On or before August 28, 2020, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this order.  The Telephonic Case Management Conference set for July 29, 2020 at 11:30 a.m. is cancelled.

    IT IS SO ORDERED.

| | |
|---|---|
|   July 29, 2020 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |