Approved.
/s/ *Benita Y. Pearson* on 8/19/2020
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **THOMAS MILLER**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EGV COMPANIES, INC.**, d/b/a **OMEGA AUTO CARE**, a Delaware corporation, and **JOHN DOE CORPORATION**,<br><br>*Defendants*. | Case No.: 5:20-cv-690-BYP<br><br>Judge Benita Y. Pearson<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |

NOW COME the PLAINTIFF, Thomas Miller, and the DEFENDANT, EGV Companies, Inc., by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), who hereby stipulate and agree to the dismissal with prejudice of PLAINTIFF Thomas Miller's claims against DEFENDANT EGV Companies, Inc. Each Party shall bear their own respective costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action.

Dated:  August 18, 2020

Respectfully submitted,

*/s/ Adam T. Savett*_____
Adam T. Savett
**SAVETT LAW OFFICES LLC**
2764 Carole Lane
Allentown, Pennsylvania 18104
Tel: (610) 621-4550
Fax: (610) 978-2970
Email: adam@savettlaw.com

*Attorneys for Plaintiff Thomas Miller*

*/s/ Ashley L. Oliker*_____
Ashley L. Oliker (0085628)
**FROST BROWN TODD LLC**
One Columbus, Suite 2300
10 West Broad Street
Columbus, OH 43215-3484
Tel: (614) 559-7227
Fax: (614) 464-1737
Email: aoliker@fbtlaw.com

44687745v1

>Beth-Ann E. Krimsky (*Pro Hac Vice*)
>Email: beth-ann.krimsky@gmlaw.com
>Email: clemencia.corzo@gmlaw.com
>William L. Tucker (*Pro Hac Vice*)
>Email: william.tucker@gmlaw.com
>Email: leslieann.marin@gmlaw.com
>**GREENSPOON MARDER LLP**
>200 East Broward Blvd., Suite 1800
>Fort Lauderdale, Florida 33301
>Tel: (954) 527-6208
>Fax: (954) 333-4208
>
>*Attorneys for Defendant EGV Companies, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a) was filed electronically on August 18, 2020, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all properly registered parties by operation of the Court's electronic case filing system.

>/s/ *Adam T. Savett*
>Adam T. Savett
>
>*Attorney for Plaintiff*

44687745v111835142.1